THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ROBERT GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:18-cv-341 |
| | ) | |
| RAJESH PAVITHRAN, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

### **NOTICE OF HEARING ON MOTION TO DISMISS**

PLEASE TAKE NOTICE that on Friday, May 18, 2017, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants, by and through counsel, will move the Court to dismiss the Complaint pursuant to Fed. R. Civ. Pro 12(b)(6) as set forth in the memorandum of points and authorities filed contemporaneously with this Notice.

                                                Respectfully submitted
                                                RAJESH PAVITHRAN
                                                KELVIN BOON LLC
                                                By counsel

By:  */s/Warner F. Young, III*
     Warner Young, III (VSB #24259)
     wyoung@abhylaw.com
     Matthew C. Indrisano (VSB#66617)
     mindrisano@abhylaw.com
     Allred Bacon Halfhill & Young
     11350 Random Hills Road, Suite 700
     Fairfax, Virginia 22030
     (703) 352 1300
     (703) 352 1301 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of April 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and sent by first class mail, postage prepaid copy of notice to the following:

Cameron H. Ippolito
Cogent Law Group, LLP
1875 K St. NW, 4th Floor
Washington, DC 20006
(912) 655-1736
cippolito@cogentlaw.com

> By: */s/ Warner F. Young, III*
> Warner Young, III. (VSB #24259)
> wyoung@abhylaw.com
> Matthew C. Indrisano (VSB#66617)
> mindrisano@abhylaw.com
> Allred Bacon Halfhill & Young
> 11350 Random Hills Road, Suite 700
> Fairfax, Virginia 22030
> (703) 352 1300
> (703) 352 1301 (Fax)